June 11, 2015

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Thind v. HF Management Services, LLC*, Civil Docket No. 14-9539 (LGS)

Dear Judge Schofield:

    Pursuant to the Second Amended Civil Case Management Plan and Scheduling Order dated May 7, 2015 (ECF No. 35), we respectfully submit this joint letter on behalf of all parties to explain what discovery has taken place, what discovery remains and how the parties are acting diligently to meet the discovery deadline.

    The parties have been working in good faith to exchange discovery.  To date, the parties have exchanged document requests and interrogatories and responses thereto.  The parties have also collectively produced a substantial number of documents in response to these requests.

    In addition, the parties have started deposition discovery.  On June 9, 2015, Plaintiff took the deposition of Defendant's corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6).  The parties have scheduled two more depositions to occur within the next two weeks.

    Absent unforeseen circumstances, the parties expect to fully comply with Your Honor's current scheduling order.

| | |
|---|---|
| By: _s/ Samuel Veytsman_____ | By: _s/ Scott B. Klugman_____ |
|    Samuel Veytsman |    Scott B. Klugman |
|    Michael J. Borrelli |    Seth L. Levine |
|    Alexander T. Coleman |    Aaron I. Karp |
|    Borrelli & Associates, P.L.L.C. |    Levine Lee LLP |
|    1010 Northern Blvd., Suite 328 |    666 Fifth Avenue |
|    Great Neck, New York 11021 |    New York, New York 10103 |
|    Tel:  (516) 248-5550 |    Tel:  (212) 223-4400 |
|    Fax:  (516) 248-6027 |    Fax:  (212) 223-4425 |
|    Email:  sve@employmentlawyernewyork.com |    Email:  sklugman@levinelee.com |
|        mjb@employmentlawyernewyork.com |        slevine@levinelee.com |
|        atc@employmentlawyernewyork.com |        akarp@levinelee.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |