# EXHIBIT K

**Kanwarpreet Thind**
1595 Putney Rd,
Valley stream, NY 11580

Email: Kthind1004@yahoo.com         Cell: 516-580-2203
Kthind@Healthfirst.org              347-417-3937

### Executive Summary

Seeking an opportunity to obtain a position in an administrative capacity that will allow me to utilize several years of experience in various fields. Excellent interpersonal, communication, and networking skills. Proven administrative and organizational experience to manage workload and effectively prioritize work. In holds ability to handle multiple projects with conflicting deadlines simultaneously.

### Experience

**January 12- Present**    **Healthfirst NY**    **Position: Manager Facilitated Enrollment (Interboro Division)**

Responsible for managing the day-to-day activities of the Facilitated Enrollers and Retention Specialist, CAC for Health Insurance Exchange (HIX) while identifying best practices for sales and maintaining the highest standard of quality.

**Essential Duties and Responsibilities:**

- Manages the sales and retention efforts of the facilitated enrollment and Retention Specialist staff for Queens, Brooklyn and Nassau County. Responsible for a network of hospitals (Queens Hospital Elmhurst Hospital and Jamaica Hospital), community physicians, community based organizations, schools, faith base organizations and small business that would be provide partnerships and referrals that will lead to enrollments and retention of prospects and current members.

- Maintains and exceeds accepted productivity with average monthly ADP above 150% consistently no 1 in the company with rejection levels controlled less than 1%. Exceeded overall team goals. Monitor daily activities, location assignment productivity, quality of applications and documentation provided during submission.

- Develop and maintain relationships with various external partners such as hospitals, providers, city agencies, etc. Responsible for the Business to business aspect of networking and referral development, opening of new sites and coordinating events. Events include health fairs, parades, holiday theme events, trade show expos, hospital orientations, provider sponsored events and health related theme events. In addition maintains open communication with external partners through regular scheduled meetings.

- Coach, train and motivate Facilitated Enrollers and Retention Specialist staff daily and weekly basis. Responsible for coaching reps once every two weeks if representatives are in good standing. If representative is not meeting a goal then coaching is required once every week. Focus on areas of presentation, quality of applications, processes and policies, knowledge of products, production and rejections. Focus on areas for improvements and provides training in areas to improve on presentation approach, networking, and quality of applications to Facilitated enrollers and Retention Specialist Staff.



CONFIDENTIAL                                                                 HF_THIND_138262

- Conduct weekly, bi-weekly and monthly team meetings including training exercises. Responsible for hosting staff meetings to review productivity, rejections, common errors, network, audits, new regulatory updates, best practices, team accomplishments, marketing opportunities and corporate goals versus actual targets. Periodically meetings are to include sessions from internal departments such as the training department, enrollment, member services and any other departments as per need of staff knowledge.
- Remain knowledgeable of competitor's products, marketing practices and keep management informed of such products and practices.
- Recommendation on process improvement. Advise management of any recommendation that can make a workflow or process more efficient.

**August 09 – December 12**            **Healthfirst NY**            **Position: Facilitated Enroller**

- Worked as a Facilitated Enroller at Healthfirst Queens division. Produced more than goals, assisted the company with Marketing Strategies. Work closely with the Outreach Representatives, Customer Service Representatives, Eligibility Representatives and other Healthfirst personnel to resolve member concerns regarding complaints and potential enrollments or disenrollment.

- Responsible for the coordination of Facilitated Enrollment application process for Child Health Plus, Family Health Plus and Medicaid coverage. Oversees functions necessary to facilitate enrollment including: contacting, scheduling and conducting enrollment opportunities at hospitals/clinics, community sites, or home. Responsible for interviewing prospects, analyzing eligibility, educating and advising patients, facilitating completion of the application process, and advocating for patients with enrollment barriers. Educating enrollees on all aspects of the Plan and retention process, as well as answering questions regarding Plan's features and benefits. In addition, gathering necessary documentation required for determination of eligibility and represent applicants at face-to-face interviews.

- Conducted home visits, and personalized appointments as needed to complete the enrollment process. Community based PCP offices, health fairs, community events and other sites as designated. Establish and maintain a positive working relationship with facility and site staff community and provider organizations, as well as City and State regulatory agencies. Encourage and enforce companies' compliance guidelines. Understand and apply all policies and procedure pertaining to: Disclosures and provisions of the various Healthfirst Health Plan products. Enrollment and disenrollment for each line of business.

- Completed applications and field reports such as Weekly Submission reports Monthly Reports in a timely and accurate manner.

- Responsible for quality management of the application submission process, which includes: detailed analysis and correction of submitted work, coaching counseling and feedback aimed at improving the process. Performed other related duties as assigned by the Manager. Currently completing all applications in PEAP system.
- Successfully meet pre and post training and regulatory exams and audit requirements. Attended quarterly refresher training and successfully meet testing requirements. Completed Annual Corporate Compliance and Training requirements. Attended any required training from City Department of Health (CDOH) or Human Resources Administration (HRA). Understand and implement the Plan's policies and procedures for the facilitated enrollment and renewal process.

- Arrived at scheduled work site, team meetings, training sessions and events in accordance to departmental policy. Clock-in and clock-out using the Teletime system as required. Requested PTO in a timely manner to provide minimal disruption to business activities and supply adequate site coverage. Notified manager and Sales Audit Department when closing a site in accordance to the Sales Operation policy. Participated in weekly, biweekly and monthly staff meetings and trainings including one-on-one meetings with management and Field Trainers (FT). Provided information to management on opportunities at current or potential marketing sites.
- Awarded as the Service Excellence in team leading in Queens Division.

**Aug 07 – March 09**          **Friends Real Estate NY**          **Position: Sales Associate**

- Worked as a Real estate sales associate and a share partner in the company.
- Generated over 2 million dollar revenues for the year 2008.

**Dec 03 – Aug 07**          **Subway Sandwiches NY**          **Position: Owner/Manager**

Owned and operated Subway stores in midtown Manhattan, Upper East Side and Chelsea performing day to day operations including but not limited to:
- Ensure customers are dealt with utmost priority and left with satisfaction they deserved. Initiated a policy to acknowledge customers within five seconds when waiting in queue to be served.
- Create employees weekly schedules, performed daily cash drops, trained and honed employee skills while dealing with customers.
- Ordering inventory depending upon usage, submitted weekly reports, compliance reports to headquarters, staffed employees, and managed payroll.
- Created 'Super Tuesday!' where different promotions were advertised to attract new customers/reward existing customers for their business.
- Managed over 25 employees and 2 managers.
- Awarded with best customer service by Development Agent office (Corporate of subway Headquarters) in Manhattan over 125 stores in Manhattan.

**Jan 02 - Dec 03**          **NASDAQ Trumbull CT**          **Position: QA Tester**

- Worked on NASDAQ Workstation 3 Project. NASDAQ is leading financial organization in the world. This application lets Stockbrokers to trade NASDAQ stocks. My primary job concerns with testing multi-tier application by using Silk 5.03. Worked as a Team leads created Test Plan and Procedures for system and Functional testing. Testing includes verification of screens, tab orders, functionality testing and Regression Testing, Unit testing working on Silk for Regression Testing and Functional Testing, Unit Testing and System Testing. Direct Interaction with developers. Using Microsoft exchange server for communication. Using Microsoft Excel for bug reporting.

| | | |
|---|---|---|
| Jan 00 – Jan 02 | IBM NY | Position: QA Tester |

- Worked as an Automation Tester at IBM. IBM is a leader in the creation, development and manufacture of the industry's most advanced information technologies, including computer systems, software, networking systems, storage devices and microelectronics. And its worldwide network of IBM solutions and services professionals translates all advanced technologies into business value for our customers. I was working on there more then two Online Web Based Applications. The Applications were created using HTML, Java, Java Script and Oracle and the system was Windows NT. Created Test plan and procedures for system and functional testing. Worked on Silk for Regression Testing and Functional Testing.

**Education**

KIMS 2/1996 BS, Bangalore, India
- Bachelor's Degree
  (Bachelors of Medicine and Surgery, Bangalore India.)
- Accident and Health License

**Computer Skills :** Microsoft Office: C, C++, Load Runner, Manual testing, PVCS, Rational Clear Quest silk performer, SILK Test, SQL, Visual Basic, Win Runner, PEAP

**Achievements:** Received Service Excellence Facilitated Enroller 2011
Received Outstanding Leadership 2013 among 12 Managers
(Interboro, Queens and Long Island)

*References furnished upon request*