```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KANWARPREET THIND, individually and on                        :
behalf of all others similarly situated,                      :
                                                              :
                                     Plaintiff,         :      14 Civ. 9539 (LGS)
                 -against-                                :
                                                              :              ORDER
HEALTHFIRST MANAGEMENT SERVICES,                              :
LLC, d/b/a HEALTHFIRST,                                       :
                                     Defendant.         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      For the reasons stated on the record at the conference on July 30, 2015, it is hereby

      **ORDERED** that Plaintiffs' motion for conditional certification of both Collective A and Collective B in the Amended Complaint is GRANTED in part as to the FLSA overtime claim only. It is further

      **ORDERED** that Court-facilitation of notice is GRANTED. Plaintiffs' counsel shall use the form of notice discussed at the conference. The parties are reminded that the opt-in period has been reduced to 45 days from the date of mailing.

      The Clerk of Court is directed to close the motion at Dkt. No. 38.

      SO ORDERED.

Dated: July 31, 2015
       New York, New York

                                                                                     LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE