UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
KANWARPREET THIND, on behalf of himself and all
others similarly-situated,

                  Plaintiff,

                                                                                    **Docket No.:**
                                                                                      1:14-cv-9539

    -against-

HF MANAGEMENT SERVICES, LLC,
d/b/a HEALTHFIRST,

                  Defendant.
-------------------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN OCTOBER 12, 2015.

                                Borrelli & Associates, P.L.L.C.
                                  Re: Thind v. Healthfirst
                       1010 Northern Boulevard, Suite 328
                             Great Neck, NY  11021

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (516) 248-6027,
OR SCAN AND EMAIL IT TO: mjb@employmentlawyernewyork.com or
sve@employmentlawyernewyork.com

I consent to join the collective action and authorize Plaintiff and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims.

_Yany Gomez Perez_            _Yary Gomez Perez_
SIGNATURE                                    PRINT NAME

[redacted]                                    [redacted]
Address                                      City, State, Zip Code

[redacted]                                    [redacted]
Telephone Number                     Email Address

[redacted]                                    [redacted]
Start Date                                      End Date