September 17, 2015

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Thind v. HF Management Services, LLC*, **Civil Docket No. 14-9539 (LGS)**

Dear Judge Schofield:

    Pursuant to paragraph 13(b) of the Second Amended Civil Case Management Plan and Scheduling Order (the "Scheduling Order") (ECF No. 35) and the Court's August 5, 2015 Order (ECF No. 57), the parties conferred to discuss settlement. At this time, the parties agree that a referral for settlement discussions as provided in paragraph 4(c) of the Scheduling Order is not appropriate.

| | |
|---|---|
| By: _s/ Samuel Veytsman_____ | By: _s/ Scott B. Klugman_____ |
| Samuel Veytsman | Scott B. Klugman |
| Michael J. Borrelli | Seth L. Levine |
| Alexander T. Coleman | Aaron I. Karp |
| Borrelli & Associates, P.L.L.C. | Levine Lee LLP |
| 1010 Northern Blvd., Suite 328 | 666 Fifth Avenue |
| Great Neck, New York 11021 | New York, New York 10103 |
| Tel: (516) 248-5550 | Tel: (212) 223-4400 |
| Fax: (516) 248-6027 | Fax: (212) 223-4425 |
| Email: sve@employmentlawyernewyork.com | Email: sklugman@levinelee.com |
|       mjb@employmentlawyernewyork.com |       slevine@levinelee.com |
|       atc@employmentlawyernewyork.com |       akarp@levinelee.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |