# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

October 1, 2015

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/15

Re:   *Thind v. HF Management Services, LLC, d/b/a/ Healthfirst Inc.,*
      *Civil Docket No.14-CV-09539(LGS)*

Dear Judge Schofield:

As the Court knows, we are counsel for Plaintiff Kanwarpreet Thind ("Plaintiff") in the above referenced matter. We write on behalf of all parties pursuant to this Court's Memo Endorsement dated September 29, 2015 (Docket No. 154) instructing the parties to file an agreed upon reminder notice for approval by the Court.

A reminder notice agreed to by all parties is attached hereto as Exhibit A. The reminder notice will be accompanied by the consent form that accompanied the original notice, which is attached hereto as Exhibit B.

The parties thank this Court for its consideration of this matter.

Respectfully submitted,

*Sam Veytsman*
Samuel Veytsman, Esq.

C: All counsel (via ECF)

APPLICATION GRANTED

Dated: October 2, 2015
New York, New York

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
KANWARPREET THIND, on behalf of himself and all
others similarly-situated,

                        Plaintiff,

      **Docket No.**:  1:14-cv-9539

   -against-

HF MANAGEMENT SERVICES, LLC,
d/b/a HEALTHFIRST,
                        Defendant.
----------------------------------------------------------------------X

# REMINDER – DEADLINE TO JOIN LAWSUIT IS OCTOBER 12, 2015

*Important: You are NOT being sued.  This Notice is NOT a solicitation from a lawyer.*
*The Court authorized this Notice.*


This notice is to remind you that the deadline to opt-in to the wage-and-hour lawsuit currently pending against HF MANAGEMENT SERVICES, LLC d/b/a HEALTHFIRST, is October 12, 2015.  If you want to participate in the lawsuit as detailed in the prior "Court-Authorized Notice" letter that was mailed to you on or about August 28, 2015, you must take two steps:

1. **COMPLETE AND SIGN THE ATTACHED CONSENT TO JOIN LAWSUIT FORM; AND**

2. **USE THE ENCLOSED ENVELOPE TO RETURN THE FORM TO THE ADDRESS BELOW NOT LATER THAN OCTOBER 12, 2015.**


                  Borrelli & Associates, P.L.L.C.
                       Re: Thind v. Healthfirst
             1010 Northern Boulevard, Suite 328
                    Great Neck, NY  11021

      YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (516) 248-6027,
OR SCAN AND EMAIL IT TO: mjb@employmentlawyernewyork.com or sve@employmentlawyernewyork.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
KANWARPREET THIND, on behalf of himself and all
others similarly-situated,

                            Plaintiff,

                                                                                **Docket No.**:
                                                                                 1:14-cv-9539

    -against-

HF MANAGEMENT SERVICES, LLC,
d/b/a HEALTHFIRST,

                            Defendant.
------------------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>

2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN OCTOBER 12, 2015.

                                  Borrelli & Associates, P.L.L.C.
                                     Re: Thind v. Healthfirst
                       1010 Northern Boulevard, Suite 328
                                Great Neck, NY  11021

        YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (516) 248-6027,
        OR SCAN AND EMAIL IT TO: <u>mjb@employmentlawyernewyork.com</u> or
                              <u>sve@employmentlawyernewyork.com</u>

I consent to join the collective action and authorize Plaintiff and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims.

_____       _____
             SIGNATURE                                         PRINT NAME

_____   _____
Address                                             City, State, Zip Code

_____   _____
Telephone Number                            Email Address

_____   _____
Start Date                                             End Date