March 7, 2016

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Thind v. HF Management Services, LLC*, Civil Docket No. 14-9539 (LGS)

Dear Judge Schofield:

      Pursuant to Section III(a) of the Fifth Amended Scheduling Order (ECF No. 241) (the "Scheduling Order"), the parties jointly submit the following status letter "explaining what written discovery has taken place and what written discovery remains," "advis[ing] the Court as to whether they can reach an agreement concerning an appropriate program for depositions," and "indicat[ing] whether a conference is needed to address any discovery issues."

      As discussed below, Plaintiff's production of Opt-in Plaintiffs' discovery responses has completed and Defendant's production of reciprocal discovery is ongoing. Defendant's expects to complete its production on or before the April 8, 2016 deadline set forth in the Scheduling Order. The parties expect to discuss a plan for depositions over the next few weeks, as well as any other issues relating to the case, and will alert the Court as to whether a conference is needed to address any such issues.

      **I.**    **Status of Written Discovery**

      Written discovery is proceeding on schedule. February 29, 2016 was the deadline set in Section II(e) of the Scheduling Order for Plaintiff to complete its production of Opt-in Plaintiffs' responses to Defendant's First Set of Interrogatories to Opt-in Plaintiffs and Defendant's First Set of Document Requests to Opt-in Plaintiffs, both served on October 6, 2015 (collectively, "Defendant's Discovery Requests"). By that deadline, 84 of 144 Opt-in Plaintiffs had provided interrogatory responses, and one additional Opt-in Plaintiff produced discovery on March 3, 2016. The parties agree that 58 Opt-in Plaintiffs failed to produce any discovery responses, and Defendant has moved to dismiss these Opt-in Plaintiffs with prejudice.[1] (*See* ECF No. 243, 245.) Plaintiff does not object to Defendant's motion, so long as the dismissals are without prejudice. (*See* ECF No. 245). As directed by the Court, the parties have submitted letters setting forth their respective positions. (*See* ECF No. 243, 245.)

      Defendant, pursuant to Section II(g) of the Scheduling Order, has been producing, "on a rolling basis," "reciprocal discovery" for each Opt-in Plaintiff that has made a "complete discovery production." Defendant has produced reciprocal discovery for 36 Opt-in Plaintiffs, and will continue to produce reciprocal discovery on a rolling basis. Defendant expects to complete its reciprocal production on or before the April 8, 2016 deadline set in Section II(g) of the Scheduling Order.

---

[1]     One Opt-in Plaintiff, appearing on the docket only as a result of Plaintiff's filing error, was terminated by the Court on March 3, 2016. (*See* ECF No. 244.)

      **II.**       **Agreement Concerning Appropriate Program for Depositions**

The parties expect to discuss a plan for depositions over the next few weeks, as well as any other issues relating to the case, and will alert the Court as to whether a conference is needed to address any such issues.

      **III.**      **Need for Conference to Address Discovery Issues**

The parties do not presently see a need for a conference to address discovery issues.  As noted above, if the parties cannot reach agreement on an appropriate program for depositions or on any other issues, they will inform the Court.

By: _s/ Samuel Veytsman_____
    Samuel Veytsman
    Michael J. Borrelli
    Alexander T. Coleman
    Borrelli & Associates, P.L.L.C.
    1010 Northern Blvd., Suite 328
    Great Neck, New York 11021
    Tel:  (516) 248-5550
    Fax:  (516) 248-6027
    Email:  sve@employmentlawyernewyork.com
           mjb@employmentlawyernewyork.com
           atc@employmentlawyernewyork.com

    *Attorneys for Plaintiff*

By: _s/ Scott B. Klugman_____
    Scott B. Klugman
    Seth L. Levine
    Aaron I. Karp
    Levine Lee LLP
    666 Fifth Avenue
    New York, New York 10103
    Tel:  (212) 223-4400
    Fax:  (212) 223-4425
    Email:  sklugman@levinelee.com
           slevine@levinelee.com
           akarp@levinelee.com

    Andrew P. Marks
    Littler Mendelson P.C.
    900 Third Avenue
    New York, New York 10022
    Telephone:  (212) 583-9600
    Facsimile:  (212) 832-2719
    Email:  amarks@littler.com

    *Attorneys for Defendant*