```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KANWARPREET THIND, individually and on                        :
behalf of all others similarly situated,                      :
                                            Plaintiff,        :    14 Civ. 9539 (LGS)
                  -against-                                   :
                                                              :    ORDER
HEALTHFIRST MANAGEMENT SERVICES,                              :
LLC, d/b/a HEALTHFIRST,                                       :
                                            Defendant.        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order dated December 9, 2016, granted Defendants' motion to decertify Collective B and granted Plaintiff's motion to file a Second Amended Complaint to include a new Collective B1, it is hereby

**ORDERED** that if Plaintiff intends to file a Second Amended Complaint, Plaintiff shall do so by February 17, 2017. It is further

**ORDERED** that the parties shall file a joint status letter by February 1, 2017, stating whether Plaintiff intends to file a Second Amended Complaint and proposing a briefing schedule for any anticipated motions for final certification or to decertify.

Dated: January 23, 2017
       New York, New York

                                                  _____
                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**