```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                             :

KANWARPREET THIND, individually and on    :
behalf of all others similarly situated,            :
                           Plaintiff,    :          14 Civ. 9539 (LGS)
             -against-             :
                                             :             ORDER

HEALTHFIRST MANAGEMENT SERVICES,    :
LLC, d/b/a HEALTHFIRST,                  :
                             Defendant.    :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 15, 2017, a pre-motion conference was held on Defendant's

anticipated motion to disqualify Plaintiff's counsel; it is hereby

**ORDERED** that Defendant shall file its motion to disqualify by March 1, 2017.

Plaintiff's counsel shall file their response by March 15, 2017.  Defendant shall file its reply by

March 22, 2017.  It is further

**ORDERED** that all remaining deadlines in this case are stayed pending resolution of

Defendant's motion to disqualify Plaintiff's counsel.


Dated:  February 16, 2017
        New York, New York

                                      LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE