# BORRELLI & ASSOCIATES

### P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
|---|---|
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 24, 2017

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Thind v. HF Management Services, LLC, Case No.14-CV-09539(LGS)*

Dear Judge Schofield:

      As the Court knows, we represent the Plaintiff, Kanwarpreet Thind, and the opt-in Plaintiffs (all, collectively, as "Plaintiffs"), in the above referenced matter. We write to notify the Court that we intend to withdraw as counsel from representation in this matter, as to both Collective A and the remaining members of Collective B following the Court's Order to decertify that collective (ECF # 287). We will submit substitution of counsel forms as soon as is practicably possible, endeavoring to do so within the next two weeks. As a result, we respectfully request that the Court stay the briefing schedule set forth in the Court's February 16, 2017 Order (ECF # 287). We have conferred with counsel for Defendant before making this application, and they consent to our request.

      We thank the Court for its consideration of this matter.

                    Respectfully submitted,

                    Jeffrey R. Maguire, Esq.
                        *For the Firm*