USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KANWARPREET THIND, individually and on                        :
behalf of all others similarly situated,                      :
                                              Plaintiff,      :   14 Civ. 9539 (LGS)
                    -against-                                 :
                                                              :   ORDER
HEALTHFIRST MANAGEMENT SERVICES,                              :
LLC, d/b/a HEALTHFIRST,                                       :
                                              Defendant.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 24, 2017, Plaintiff's counsel submitted a letter stating that it intends to withdraw as counsel for both collectives; it is hereby

**ORDERED** that the briefing schedule on Defendant's anticipated motion to disqualify Plaintiff's counsel is vacated. It is further

**ORDERED** that the parties shall file a joint status letter no later than April 6, 2017, informing the Court of the parties' proposed plan for moving forward with this case.

Dated:  February 27, 2017
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**