April 6, 2017

**V**IA **ECF**

The Honorable Lorna G. Schofield
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Thind v. Healthfirst, Inc.*, **Civil Docket No. 14-9539 (LGS)**

Dear Judge Schofield:

    Pursuant to the Court's Order dated February 27, 2017, the parties respectfully submit this joint status letter. (ECF No. 291.)

    On February 24, 2017, Plaintiffs' current counsel, the law firm of Borrelli & Associates P.L.L.C. (the "Borrelli Firm"), submitted a letter stating that it intended to withdraw as counsel for both collectives and submit substitution of counsel forms. (ECF No. 290.) The Borrelli Firm informed defense counsel that new counsel will enter their appearances and substitution of counsel forms will be filed for both collectives later today.

| | |
|---|---|
| By:  _s/ Jeffrey R. Maguire_____ | By:  _s/ Scott B. Klugman____ |
| Jeffrey R. Maguire | Scott B. Klugman |
| Michael R. Minkoff | Seth L. Levine |
| Borrelli & Associates, P.L.L.C. | Aaron I. Karp |
| 1010 Northern Blvd., Suite 328 | Levine Lee LLP |
| Great Neck, New York 11021 | 650 Fifth Avenue, 13th Floor |
| Tel:  (516) 248-5550 | New York, New York 10019 |
| Fax:  (516) 248-6027 | Tel:  (212) 223-4400 |
| Email:  MRM@employmentlawyernewyork.com | Fax:  (212) 223-4425 |
|     JRM@employmentlawyernewyork.com | Email:  sklugman@levinelee.com |
| |     slevine@levinelee.com |
| |     akarp@levinelee.com |
| *Attorneys for Plaintiff and Opt-in Plaintiffs* | *Attorneys for Defendant* |