UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KANWARPREET THIND, on behalf of himself
and all others similarly situated,

                        Plaintiff,

     -against-

HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST,

                        Defendants.
------------------------------------------------------------------X

Civil Action No.: **14-cv-9539 (LGS)**

**STIPULATION AND ORDER
SUBSTITUTING ATTORNEYS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/17

**IT IS HEREBY STIPULATED AND AGREED,** that the undersigned counsel consent to the substitution of the law firm Hepworth, Gershbaum & Roth, PLLC, by and through its attorney, Rebecca S. Predovan, State Bar Number: 4795837, as attorneys of record for Plaintiff Kanwarpreet Thind, on behalf of himself and all other Facilitated Enrollers, in the above-captioned action in place and instead of the law firm Borrelli & Associates, P.L.L.C., by and through its attorneys, Jeffrey R. Maguire, Michael R. Minkoff, Alexander T. Coleman, and Michael J. Borrelli.

    Contact information for new counsel is as follows:

    Firm Name:  Hepworth, Gershbaum & Roth, PLLC

    Address:    192 Lexington Avenue, Suite 802  New York, New York 10016

    Telephone:  (212) 545-1199     Facsimile:  (212) 532-3801

    E-Mail:     rpredovan@hgrlawyers.com

The Clerk of Court is respectfully directed to terminate Borrelli & Associates, PLLC, as counsel for Plaintiffs.

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

I consent to the above substitution: _____
Kanwarpreet Thind (Apr 6, 2017)
Kanwarpreet Thind

I consent to being substituted: _____
BORRELLI & ASSOCIATES, P.L.L.C.
By: Jeffrey R. Maguire, Esq.
655 Third Avenue, Suite 1821
P: (212) 679-5000
F: (212) 679-5005
jrm@employmentlawyernewyork.com

I consent to the above substitution: _____
Rebecca S. Predovan, Esq

DATE: April 7, 2017
New York, New York

_____
Hon. Lorna J. Schofield, U.S.D.J.