```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KANWARPREET THIND, et al.,                                     :
                                    Plaintiff(s),              :
                                                               :      14 Civ. 9539 (LGS)
            -against-                                          :
                                                               :          ORDER
HEALTHFIRST, INC., et al.,                                     :
                                    Defendant(s).              :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/17

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 17, 2017, the parties submitted a joint letter stating that Plaintiffs intend to amend the Amended Complaint and intend to move forward as two separate actions; it is hereby

**ORDERED** that Collective A and Collective B1 shall move forward as two separate actions.  It is further

**ORDERED** that by June 1, 2017, the parties shall submit a joint letter that contains complete lists of the opt-in plaintiffs who comprise Collective A and Collective B1, respectively, along with a list of any docket filings that the parties believe appropriately relate to both cases.

**ORDERED** that any motions to amend the Complaint in this case shall be filed by June 16, 2017, and any responses shall be filed by July 17, 2017.


Dated: May 18, 2017
       New York, New York

                                                            _____
                                                            **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**