

# HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

June 26, 2017

*Via ECF Only*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Thind v. Healthfirst, Inc. et al.*
             1:14-cv-09539

Dear Judge Schofield:

     This firm represents the Facilitated Enrollers in the above-referenced wage and hour matter. We write in furtherance of this Court's Order (*see* Dkt. No. 313), to respectfully request that the Court issue an order directing the Clerk of the Court to: (1) accept Plaintiff's Second Amended Complaint in *Ortiz v. HF Management Services, LLC*, 1:17-cv-04560 as the initiating document in that action; and (2) directing the Clerk of the Court as to how case initiation filing fees should be handled for that action.

     Should the Court have questions or concerns, please do not hesitate to contact the undersigned.

                                                 Respectfully submitted,

                                                 Rebecca S. Predovan, Esq.

C:    Counsel of Record (*via ECF*)