January 8, 2018

**V**IA **ECF**

The Honorable Lorna G. Schofield
United States District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Thind v. HF Management Services, LLC*, Civil Docket No. 14-9539 (LGS)

Dear Judge Schofield:

    The parties jointly write to confirm that the deadline for the joint submission of an amended case management plan is one week before the upcoming conference, which was recently rescheduled to February 6, 2018.

    On December 8, 2017, the Court set a conference for January 16, 2018 and ordered the parties to jointly prepare and file an amended case management plan one week before the conference, on or before January 9, 2018. (ECF No. 335.)

    On January 5, 2018, the Court adjourned the January 16, 2018 conference to February 6, 2018. (ECF No. 338.) The January 5, 2018 Order did not mention the deadline to file an amended case management plan.

    Therefore, the parties respectfully write the Court to confirm that the deadline for filing an amended case management plan has similarly been adjourned to on or before January 30, 2018, one week before the rescheduled conference date, as indicated by Rule IV.A.2 of the Court's Individual Rules and Procedures for Civil Cases.

| | |
|---|---|
| By: _s/ Justin R. Marino_____ | By: _s/ Scott B. Klugman_____ |
| (electronic signature with permission) | Scott B. Klugman |
| Justin R. Marino | Seth L. Levine |
| Stevenson Marino LLP | Aaron I. Karp |
| 75 Maiden Lane, Suite 402 | Levine Lee LLP |
| New York, NY 10038 | 650 Fifth Avenue, 13th Floor |
| Tel: (212) 939-7228 | New York, New York 10019 |
| Fax: (212) 531-6129 | Tel: (212) 223-4400 |
| Email: jmarino@stevensonmarino.com | Fax: (212) 223-4425 |
| | Email: sklugman@levinelee.com |
| | slevine@levinelee.com |
| | akarp@levinelee.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant* |