**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/4/2018 __
```

KANWARPREET THIND, et al.,

                                        Plaintiffs,                    14-CV-9539 (SN)

                   -against-                                           **ORDER**

HEALTHFIRST, INC., et al.,

                                        Defendants.

---------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

          On Monday, April 16, 2018, the parties consented to my jurisdiction for all purposes,

including reviewing the fairness of their Fair Labor Standards Act settlement. The parties are

instructed to submit the settlement agreement no later than Monday, May 14, 2018. The

settlement agreement shall be filed publicly on ECF unless a party can establish a basis for

sealing these documents under the standard set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>,

435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:          May 4, 2018
               New York, New York