UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KANWARPREET THIND, et al.,

                                    **Plaintiffs,**                        **14-CV-9539 (SN)**

        -against-                                                        **ORDER**

HEALTHFIRST, INC., et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties submitted their proposed settlement agreement on June 4, 2018. ECF No. 356. Sections 3(a) and 6 of the proposed settlement agreement contain the type of overbroad release that the Court of Appeals rejected in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). In addition, the parties have not executed the agreements. Thus, the parties are granted leave to correct these provisions and submit fully executed settlement agreements for approval by June 20, 2018.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      June 7, 2018
                New York, New York