

**Justin R. Marino**, Principal   d: (212) 939 – 7228   f: (212) 531-6129
a: 75 Maiden Lane, Suite 402, New York, NY 10038   e: jmarino@stevensonmarino.com

July 18, 2018

*REQUEST FOR APPROVAL OF
AN FLSA SETTLEMENT*

VIA ECF

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

    Re:   *Thind v. Healthfirst, Inc. et al.*
             1:14-cv-09539

Dear Magistrate Judge Netburn:

      This firm represents the Plaintiff Thind ("Plaintiff") and fourteen opt-in Plaintiffs: Ada Wan Ying Cheung; Alex Bastidas; Andre Marescot; Blanca Vasquez-Cuzco; Carol Dammann; Edwin Jeffers; Ira Lucas; Iraida Besson; Jermaine Coles; Julia Puma; Kayode Lott; Rafael Batista; Stefanie Rodriguez; and Bruce Lieberman (collectively, "Opt-in Plaintiffs") in the above-referenced action. With the assistance of Your Honor on April 11, 2018, the parties reached an agreement to resolve all claims. The parties have also consented to Your Honor's jurisdiction for all purposes. *See* Dkt. 350 (filed Apr. 16, 2018). Based on the foregoing, the parties jointly request the Court approve the settlement and dismiss the case with prejudice.

      As you may recall, on June 4, 2018, the parties jointly requested approval of the settlement. *See* Motion for Approval (filed June 4, 2018, Dkt. 356). In response, the Court reviewed the proposed settlement agreement and challenged the general release included therein. *See* Order (filed June 7, 2018, Dkt. 357). Based upon subsequent briefing, which included a revised general release (dkt. 358), and the June 20, 2018 Court conference, the Court ultimately concluded the revised release provision to be "fair and reasonable." *See* Order (filed June 27, 2018, Dkt. 362). Pursuant to the Order, the parties were directed to submit the fully executed settlement agreements for approval. *Id.*

      Accordingly, the parties hereby submit the fully executed settlement agreements for Plaintiff and all fourteen opt-in Plaintiffs. For the reasons addressed in the parties' motion for approval (dkt. 356), which is incorporated by reference herein, the parties request the Court approve the foregoing settlements. We appreciate Your Honor's

The Honorable Sarah Netburn
July 18, 2018

consideration of this case.

                                                Respectfully Submitted,

                                                /s/  Justin R. Marino
                                                Justin R. Marino

encl.:   Exhibit 1-15 – Executed Settlement Agreements

cc:      All Counsel Of Record (Via ECF)