UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KANWARPREET THIND, et al.,

                                  **Plaintiffs,**                **14-CV-9539 (SN)**

           -against-                                            **ORDER**

HEALTHFIRST, INC., et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, counsel for the parties submitted their proposed settlement agreements on July 18, 2018. ECF No. 369. Having reviewed the proposed settlements, the Court determines that they are fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 19, 2018
                New York, New York